der revoking the liquor tax certificate issued to Margaret Wyman. No opinion. Judgment and order affirmed, with costs.

GILLROY, Appellant, v. GILLROY, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Nina H. Gillroy against James P. Gillroy. J. B. Rosenback, for appellant. H. J. Goldsmith, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, to extent stated in order. Order filed.

In re GILMORE. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of Walter B. Gilmore for admission to the bar. No opinion. Application granted.

GOLDSTEIN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by David Goldstein against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

GOLDSTEIN, Appellant, v. SUTHERLAND, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Moritz Goldstein against Elmer L. Sutherland. No opinion. Interlocutory judgment affirmed, with costs.

In re GRAVES. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of J. Morris Graves for admission to the bar. No opinion. Application granted.

GREENFIELD et al., Respondents, v. BRODY et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by William A. Greenfield and another against Abe Brody and others. No opinion. Judgment and order affirmed, with costs.

GREENSTEIN, Appellant, v. BLUM et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Morris Greenstein against Harris Blum and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

GREGORY et al., Respondents, v. BIJOU THEATER CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by John H. Gregory and another against the Bijou Theater Company. No opinion. Motion granted. See, also, 122 N. Y. Supp. 1085.

In re GRIFFIN et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) In the matter of the judicial settlement of the accounts of W. W. Griffin and another as executors of the will of Henry L. Griffin, deceased. H. V. Griffin, for appellant. No opinion. Decree of the Surrogate's Court of Suffolk county affirmed, with costs to the objectors payable out of the estate.

GRIFFITH, Respondent, v. CITIZENS' TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by George W. Griffith against the Citizens' Telephone Company. No opinion. Motion to dismiss appeal granted, unless appellant shall within 30 days file and serve the printed papers on appeal as required by general rule 41.

GRILL, Respondent, v. DUBROFF, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by William J. Grill against Morris A. Dubroff. No opinion. Motion denied, and stay vacated, without costs. See, also, 122 N. Y. Supp. 1130.

GUGGENHEIM, Appellant, v. WAHL, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Aimee S. Guggenheim against Grace B. Wahl. S. Untermyer, for appellant. J. J. Lordan, for respondent. No opinion. Judgment affirmed, with costs, on opinion in Guggenheim v. Wahl, 122 N. Y. Supp. 941, decided May 8, 1910. Order filed.

In re HALL. (Supreme Court, Appellate Division, Third Department. September 21, 1910.) In the matter of the judicial settlement of the account of Truman F. Hall, as executor of the last will and testament of Thomas F. Hall, deceased. No opinion. Motion granted, without costs.

HALL, Respondent, v. COOPER LAND CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Elizabeth Hall against the Cooper Land Company. PER CURIAM. Judgment and order affirmed, with costs. HOUGHTON, J., dissents. SEWELL, J., not voting.

HAMMOND v. VAN RIPER et al. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Claude R. Hammond against Minnie H. Van Riper and others. No opinion. Order affirmed, with $10 costs and disbursements.

HANSEN, Appellant, v. UTICA & M. V. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Ever Hansen against the Utica & Mohawk Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.